282

No. 49704.—Protests 818478–G, etc., of G. Foti, Inc., et al.   (Philadelphia).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). The protests were therefore sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 7, 1944

No. 49705.—Petition 6405–R of Bauer Type Foundry, Inc. (New York).

Opinion by COLE, J.   It appeared from the testimony of the president of the petitioner corporation that he had been importing printing type for a number of years and that its entered value had never been questioned until this shipment arrived.   When entering the petitioner used the foreign value which was higher than the export price shown on entry.   The appraiser claimed United States value to be the proper basis.   After several conferences between customs officials, the petitioner, and the New York representative of the foreign shipper, it was agreed to submit the question to the court for determination through an appeal for appraisement.   After lengthy litigation petitioner's contention was sustained (*United States* v. *Heemsoth-Kerner Corp.* (*Bauer Type Foundry, Inc.*), 31 C. C. P. A. 75, C. A. D. 252).   Because the court's finding of dutiable cost of production exceeded petitioner's entered value, the additional duties accrued.   On the record as presented, together with customs agent's report based on investigation of the entry in question, the court was convinced that the relief requested should be allowed.   The petition was therefore granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 11, 1944

No. 49706.—Protests 889351–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by COLE, J.   It was stipulated that the merchandise assessed as a mixture of chemical compounds is similar to that involved in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   As this merchandise was found to contain salt it was excluded from paragraph 5 and held dutiable as claimed, at 20 percent under paragraph 1558.   In accordance with stipulation and following Abstract 34104 the claim as apricot kernels at 3 cents per pound was sustained.   It was also stipulated that the fish packed in lard is the same in all material respects as that the subject of Abstract 41800.   It was therefore held dutiable at 25 percent ad valorem under paragraph 718 (b) as claimed.